UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


THEODORA A. MOSS,

        Petitioner,

                             CASE NO. 2:07-CV-14933
v.                               HONORABLE PATRICK J. DUGGAN

JERI-ANN SHERRY,

        Respondent.
_____/

**ORDER DENYING RECONSIDERATION AND DENYING
PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan July 18, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

The Court has before it Petitioner's reply to Respondent's Answer to the petition

for writ of habeas corpus and his motion for appointment of counsel, both of which were

received following the Court's dismissal of the habeas petition for failure to comply with

the one-year statute of limitations applicable to federal habeas actions. *See* 28 U.S.C. §

2244(d).

The Court construes Petitioner's response to the answer as a request for

reconsideration of the Court's dismissal of the petition. However, a motion for

reconsideration which presents issues already ruled upon by the court, either expressly or

1

by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3). The Court did not err in dismissing the habeas petition as time-barred. Accordingly, the Court **DENIES** Petitioner's request for reconsideration. Given this determination, the Court also **DENIES** Petitioner's motion for appointment of counsel. This case is closed.

        **IT IS SO ORDERED**.


                           s/PATRICK J. DUGGAN
                           UNITED STATES DISTRICT JUDGE

Copies to:
Theodora A. Moss, # 208491
Straits Correctional Facility
4387 W M-80
Kincheloe, MI 49785

William C. Campbell, A.A.G.